Affirmed and Memorandum Opinion filed July 5, 2007








Affirmed
and Memorandum Opinion filed July 5, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00897-CR

____________

 

CHARLES SAMUEL BARBAR,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 248th District
Court

Harris County, Texas

Trial Court Cause No.
647429

 



 

M E M O R A N D U M   O P I N I O N

This
appeal is from the trial court=s order of August 19, 2006, denying appellant=s request for DNA testing in cause
number 647429.  

Appellant=s appointed counsel filed a brief in
which he concludes the appeal is wholly frivolous and without merit. The brief
meets the requirements of Anders v. California, 386 U.S. 738, 87 S.Ct.
1396 (1967), presenting a professional evaluation of the record demonstrating
why there are no arguable grounds to be advanced.  See High v. State,
573 S.W.2d 807 (Tex. Crim. App. 1978).








A copy
of counsel=s brief was delivered to appellant.  Appellant was advised of the right
to examine the appellate record and file a pro se response.  See Stafford v.
State, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991).  As of this date, more
than sixty days have elapsed and no pro se response has been filed.

We have
carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit.  Further, we find no reversible error in
the record.  A discussion of the brief would add nothing to the jurisprudence
of the state.

Accordingly,
the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed July 5,
2007.

Panel consists of Justices Anderson, Fowler, and
Frost.

Do Not Publish C Tex. R. App. P.
47.2(b).